

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00450-CV

**IN RE** Robert L. **MARSHALL**, III;
Marshall Shredding, LLC; and MedSharps, LLC

Original Mandamus Proceeding[1]

### ORDER

On September 11, 2020, relators filed a petition for writ of mandamus.  On November 30, 2020, the real party in interest filed a response.  We conditionally grant the petition for writ of mandamus in part and order the Honorable Norma Gonzales to, within fifteen days of this order, (1) vacate that portion of her June 19, 2020, "Order on Plaintiff Robert L. Marshall, II's Motion to Compel Documents from Trilogy MedWaste, Inc. and Motion for Protective Order" sustaining the real party in interest's objections to requests for documents ten, eleven, thirteen through nineteen, and twenty-two, and (2) and enter an order granting relators' motion to compel as to these document requests.  Because we order the trial court to grant relators' motion to compel requests for documents ten, eleven, thirteen through nineteen, and twenty-two, we remand for the trial court to reconsider whether relators' request for a protective order is appropriate.  In all other respects, relators' petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(c).

The writ will issue only in the event we are informed Judge Gonzales has failed to comply with this order.

It is so **ORDERED** on January 27, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-16836, styled *Robert L. Marshall, II, et. al v. William Jewett, III*, pending in the 150th Judicial District Court, Bexar County, Texas.  The Honorable Norma Gonzales signed the order at issue in this original proceeding.